## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **TEX PAT, LLC,** | § | |
| *Relator*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:11-cv-00010** |
| **VISHAY INTERTECHNOLOGY, INC., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS BETWEEN TEX PAT, LLC AND VISHAY INTERTECHNOLOGY, INC., VISHAY AMERICAS, INC., VISHAY GSI, INC. AND VISHAY GENERAL SEMICONDUCTOR, LLC

Relator Tex Pat, LLC, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action WITH PREJUDICE against Vishay Intertechnology, Inc., Vishay Americas, Inc., Vishay GSI, Inc., and Vishay General Semiconductor, LLC, which have not yet filed an answer or motion for summary judgment, with all parties to bear their own costs, expenses, and attorney's fees.

Dated: March 15, 2011

Respectfully submitted,

By: /s/ *Hao Ni*
Hao Ni – LEAD COUNSEL
State Bar No. 24047205
Ni Law Firm PLLC
3102 Maple Avenue, Suite 400
Dallas, TX 75201
(214) 800-2208
hni@nilawfirm.com

Tyler K. Brochstein
State Bar No. 24059490
Brochstein Law Firm, PLLC
2820 McKinnon Street, Suite 4063
Dallas, TX 75201
(214) 444-3310
tyler@brochlaw.com

Jack L. Siegel
State Bar No. 24070621
Jack L. Siegel PLLC
3530 Travis Street, Suite 421
Dallas, TX 75204
(214) 699-1498
jack@jlsiegellaw.com

**Attorneys for Relator**
**Tex Pat, LLC,**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

Dated: March 15, 2011                     /s/ Hao Ni
                                          Hao Ni